Joseph Mure Jr. & Associates
Attorneys at Law
Office: 718.852.9100
Fax: 718.797.5554
joemurejr@aol.com

115-06 Beach Channel Drive
Suite 102
Rockaway Park, NY 11694

26 Court Street
Suite 708
Brooklyn, NY 11242

February 23, 2022

CM/ECF

Magistrate Judge Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: USA v. Oneal Marks
           Case No. 22-169 M

Dear Magistrate Judge Bloom,

As the Court is aware my office represents Mr. Oneal Marks concerning the above matter.

It is requested that the Order Setting Conditions of Release and Appearance Bond be modified permitting Mr. Oneal Marks to attend the Special Options Services Program as recommended by Pre-Trial Services.

Thank you for any consideration you may give to this request.

Sincerely,

JOSEPH MURE, JR., ESQ.